NUMBER 13-10-00040-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

DARRELL WEBB, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________


On Appeal from the 117th District Court


of Nueces County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Benavides and Vela


Memorandum Opinion Per Curiam



 Appellant, Darrell Webb, by and through his attorney, has filed a motion to dismiss
his appeal and requests that the Court dismiss his appeal. See Tex. R. App. P. 42.2(a). 
 Without passing on the merits of the case, we grant the motion to dismiss the appeal and
pursuant to Texas Rule of Appellate Procedure 42.2(a), dismiss the appeal. Having
dismissed the appeal at appellant's request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 PER CURIAM


Do not publish. 

See Tex. R. App. P. 47.2(b). 

Delivered and filed the

25th day of March, 2010.